IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER LIND HANLON, on behalf of
herself and minor children W.A. HANLON and
D.T. HANLON,

          JUDGMENT IN A CIVIL CASE

    Plaintiff,

          12-cv-526-wmc

v.

ROBERT EDWARD TUTTLE, JR.,
ROCK COUNTY CIRCUIT COURT and
STATE OF WISCONSIN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's request for leave to proceed and dismissing this case.

_____        4/9/13
Peter Oppeneer, Clerk of Court         Date